## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Nickolas Lee
                                  Plaintiff,

v.                                                                 Case No.: 1:09−cv−03166
                                                                 Honorable Edmond E. Chang

City of Chicago, et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 8, 2013:

      MINUTE entry before Honorable Edmond E. Chang: Jury selection began, but the parties arrived at a settlement after the lunch break. The material terms of an enforceable settlement agreement were put on the record. Status hearing set for 07/22/2013 at 9:00 a.m. If a stipulated dismissal is filed before that date, the status hearing will be vacated. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.