# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Nickolas Lee

                              Plaintiff,

v.                                           Case No.: 1:09–cv–03166
                                             Honorable Edmond E. Chang

City of Chicago, et al.

                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 8, 2013:

     MINUTE entry before Honorable Edmond E. Chang: Plaintiff's motion to incur expenses [187] is granted, but Plaintiff will be expected to repay expenses if the Court actually releases funds for the Marshals Service expenses. Relatedly, the Court maintains in place the writ ad testificandum, R. 173, to the extent necessary (Plaintiff also has some pending post–federal–conviction matter in another case), to maintain Plaintiff in this District until the signing of the written settlement agreement. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.