**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| NICKOLAS LEE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | No. 09 C 3166 |
| CITY OF CHICAGO, MARK DUIGNAN, ) | |
| MURPHY RAYL, ANDREW RILEY, ) | Judge Edmond E. Chang |
| RONALD TURNER, JOSEPH MCINERNEY, ) | |
| AND DANIEL BINFA, ) | JURY DEMANDED |
| ) | |
| Defendants. ) | |
| ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorney's fees in accordance with the terms of the Release and Settlement Agreement and the proposed Agreed Order of Dismissal.

                                                                  **Respectfully submitted,**
                                                                  **CITY OF CHICAGO**
                                                                  **a Municipal Corporation**

                                                                 **STEPHEN PATTON**
                                                                 **Corporation Counsel**
                                                                 **Attorney for City of Chicago**

By: /s/ Timothy Barron                             
Attorney for the Plaintiff                      By: /s/ Tracey A. Dillon
**Timothy Barron**                                     Attorney for the Defendants
**Attorney for Plaintiff, Nickolas Lee**        Tracey A. Dillon (ARDC No. 6255851)
Jenner & Block LLP                               Meckler Bulger Tilson Marick & Pearson LLP
353 N. Clark St.                                        123 North Wacker Drive, Suite 1800
Chicago, IL 60654                                  Chicago, Illinois 60606
(312) 923-8309                                         (312) 474-7900
Date: August 6, 2013                            Date: August 6, 2013

## **CERTIFICATE OF SERVICE**

      I, Tracey A. Dillon, an attorney, hereby certify that on August 6, 2013, I electronically filed the preceding Stipulation of Dismissal using the CM/ECF system which will provide notice to all parties of record.

      /s/ Tracey A. Dillon
      Tracey A. Dillon

Tracey A. Dillon (ARDC No. 6255851)
Meckler Bulger Tilson Marick & Pearson LLP
123 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
(312) 474-7900